# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 30, 2016

Writer's Direct Contact
+1 (212) 336.4069
DFioccola@mofo.com

**Via E-mail and UPS**

C.K. Lee
Lee Litigation Group, PLLC
30 East 39th Street
New York, New York 10016

Re: *Guan, et al. v. Uber Technologies, Inc.*, Case No. 1:16-cv-00598 (PKC)(CLP)

Counsel:

Pursuant to Judge Chen's Individual Rules and the Court's June 9, 2016 order, I am serving the following papers today via e-mail and UPS on behalf of Defendant Uber Technologies, Inc. ("Uber"):

- Notice of Motion to Compel Arbitration;

- Supplemental Memorandum of Law in Support of Uber's Motion to Compel; and

- Declaration of David J. Fioccola in Support of Uber's Motion to Compel, and the exhibits attached thereto.

Sincerely,

*/s/ David J. Fioccola*

David J. Fioccola

ny-1238569